**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6959**

_____

ANDRE WILLIAMS,

　　　　　Petitioner - Appellant,

　　v.

STATE OF MARYLAND,

　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:22-cv-01288-TDC)

_____

Submitted:  January 17, 2023　　　　　　　　　　Decided:  January 20, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Andre Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Williams, a former Maryland pretrial detainee, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition in which he sought release on bail pending trial. Williams was convicted in Maryland state court during the pendency of this appeal. Because Williams is no longer a pretrial detainee and the relief he sought is no longer available, his appeal is moot. We therefore dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*